Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00792-CR
No. 04-11-00793-CR

Catlin E. **WILKERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2011-CR-2533, 2011-CR-2534
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed: January 11, 2012

DISMISSED

In each appeal, the trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Accordingly, on November 23, 2011, this court issued orders stating these appeals would be dismissed pursuant to Rule 25.2(d) unless amended trial court

certifications that show defendant has the right of appeal were made part of the appellate record. *See Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

No amended trial court certifications have been filed; therefore, these appeals are dismissed.

PER CURIAM

Do not publish